## DISCIPLINARY DOCKET

**96–2808.  Cuyahoga Cty. Bar Assn. v. Boychuk.**
On August 22, 1997, respondent filed an affidavit of compliance.  Whereas the affidavit of compliance did not contain a proof of service as required by S.Ct.Prac.R. XIV(2),

IT IS ORDERED by the court, *sua sponte,* that respondent's affidavit of compliance be, and hereby is, stricken.

**97–440.  Disciplinary Counsel v. Sweeney.**
On August 27, 1997, respondent filed an affidavit of compliance.  Whereas the affidavit of compliance did not contain a proof of service as required by S.Ct.Prac.R. XIV(2),

IT IS ORDERED by the court, *sua sponte,* that respondent's affidavit of compliance be, and hereby is, stricken.

## MISCELLANEOUS DISMISSALS

**96–1705.  State ex rel. Clements v. Indus. Comm.**
Franklin App. No. 95APD08–1080.  This cause is pending before the court as an appeal and cross-appeals from the Court of Appeals for Franklin County.  Upon consideration of the joint application for dismissal of the appeal and cross-appeals,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**97–1631.  Reed v. State Farm Mut. Auto. Ins. Co.**
Lucas App. No. L–96–038.  This cause is pending before the court as a discretionary appeal.  Upon consideration of appellants' application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Wednesday, September 17, 1997*

## MERIT DOCKET

**97–1211.  State ex rel. Frank R. Recker & Assoc. Co., L.P.A. v. Montgomery.**
In Mandamus.  On motion for issuance of peremptory writ, answer of respondent, and motion for judgment on pleadings.  Answer treated as motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

COOK and LUNDBERG STRATTON, JJ., would grant the motion for judgment on the pleadings and dismiss the cause.

**97–1280.  State ex rel. Hill v. Ohio Adult Parole Auth.**
In Mandamus.  On motion to dismiss and on notice of irregularity.  Motion to dismiss sustained.  Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–1350.  State ex rel. Smith v. Saffold.**
In Mandamus.  On answer of respondent and on motion for summary judgment.  Answer treated as motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.